E-filing

Thomas W. Lathram, State Bar No. 59639
Arthur J. Behiel, State Bar No. 172165
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone: (925) 621-2122
Facsimile: (925) 621-2119

Attorneys for Plaintiff
Polarity, Inc.

ORIGINAL FILED
JAN 30 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARITY, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIVERSIFIED TECHNOLOGIES, INC.<br><br>　　　　Defendants | Civil Action No. 06-00646<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT THAT U.S. PATENT NO. 5,444,610 IS INVALID AND NOT INFRINGED** |

Plaintiff Polarity, Inc. ("Polarity"), as and for its Complaint for Declaratory Judgment That U.S. Patent No. 5,444,610 is Invalid and Not Infringed, filed herein against Defendant Diversified Technologies, Inc. ("DTI"), alleges as follows:

## JURISDICTION AND VENUE

1. This action arises under the patent laws of the United States, Title 35 of the United States Code, for a specific remedy based upon the laws authorizing actions for declaratory judgment in the courts of the United States, 28 U.S.C. §§ 2201 and 2202. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1391.

## PARTIES

3. Plaintiff Polarity is a California corporation having a principal place of business at 11294 Sunrise Park Drive, Rancho Cordova, California 95742. Polarity is in the business of designing and fabricating high power products and systems.

4. Polarity is informed and believes and on that basis alleges that Defendant DTI is a Massachusetts corporation having a principal place of business at 35 Wiggins Avenue, Bedford, Massachusetts 01730. DTI is in the business of developing and marketing high power products. Plaintiff is informed and believes and on that basis alleges that DTI is doing business in this judicial district and elsewhere in the State of California.

## COUNT I

5. Polarity is informed and believes and on that basis alleges that DTI is the owner of United States Patent No. 5,444,610, entitled "High Power Modulator" (the "'610 patent").

6. An actual controversy exists between Polarity and Defendant DTI as set forth herein as to whether the '610 patent is invalid and not infringed by Polarity.

7. Defendant DTI contends that Polarity's solid-state high power modulators infringe the claims of the '610 patent.

8. None of Polarity's products, including its solid-state high power modulators, infringes any valid claim of the '610 patent.

9. The '610 patent is invalid for failure to meet one or more of the conditions for patentability in 35 U.S.C. § 101, et seq., including those of §§ 102, 103 and 112.

10. Based on the foregoing, Polarity is entitled to a judgment holding that the '610 patent is invalid and not infringed by it, and awarding Polarity the damages it has suffered from the unlawful assertion of the '610 patent.

WHEREFORE, Polarity prays for judgment as follows:

A. For entry of a Judgment declaring that the '610 patent is invalid and not infringed by Polarity or by the manufacture, sale, offer for sale, importation or use of any of Polarity's products.

B.   For recovery of all costs of suit, including reasonable attorneys' fees.

C.   For such other relief as this Court may deem just and proper.

Respectfully submitted.

Dated: January 30, 2006

Thomas W. Lathram
Arthur J. Behiel
SILICON EDGE LAW GROUP LLP

By: _____

Attorneys for Plaintiff
Polarity, Inc.