UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| POLARITY INC., | ) | |
| Plaintiff(s), | ) | No. C06-0646 SBA (BZ) |
| v. | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE** |
| DIVERSIFIED TECHNOLOGIES, INC., | ) | |
| Defendant(s). | ) | |

A telephonic conference to discuss the issues raised in defendant's letter of June 21, 2006 is scheduled for **Tuesday, June 27, 2006 at 9:00 a.m.** Counsel for defendant shall get counsel for plaintiff on the line and contact the court at **415-522-4093**.

Dated: June 22, 2006

                    _____
                              Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\POLARITY\TEL.CONF.ORD.wpd

1