UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARITY, INC., | No. C-06-0646 EMC |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| DIVERSIFIED TECHNOLOGIES, INC., | |
| Defendant. | **(Docket No. 30)** |

Defendant Diversified Technologies, Inc. has filed a request for leave to file under seal its covenant not to sue Plaintiff Polarity, Inc. for infringement of the '610 patent. Diversified states that there is good cause for filing under seal because the covenant "contains product identifiers and names denoted in documents that were provided and references in response to interrogatories, and which were designated as confidential by . . . Polarity [pursuant] to the parties' stipulated protective order." Admin. Req. at 2.

Under Civil Local Rule 79-5(d), Polarity was required to file, within five days of Diversified's administrative request, "a declaration establishing that the designated information is sealable." Civ. L.R. 79-5(d). "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." *Id.* Diversified filed its administrative request on August 25, 2006. Polarity did not file a declaration within five days thereafter or as of the date of this order.

1  Polaris shall have until September 19, 2006 to file such declaration.  If it fails to do so, the
2 Court shall deny the request to file under seal.  The parties are cautioned that every effort should be
3 made to narrowly tailor sealing, including redactions.  Any sealing must satisfy the requirements of
4 Local Rule 79-5(a).

6  IT IS SO ORDERED.

8 Dated:  September 15, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2